**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-02072-LTB-CBS

RAYMOND WILLIAMS,
        Plaintiff,

v.

ARBY'S LLC, d/b/a ARBY'S ROAST BEEF SANDWICH RESTAURANTS (ARBY'S®); and THE BAILEY COMPANY, LLLP d/b/a ARBY'S ROAST BEEF SANDWICH RESTAURANTS (ARBY'S®),
        Defendants.
_____

**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

THIS MATTER, coming to be heard, pursuant to the parties' Joint Stipulation for Dismissal, With Prejudice, the Court having reviewed the Stipulation and being fully advised in the premises;

DOES ORDER, this matter shall be dismissed, with prejudice, each party to pay their own costs and attorney fees.

ORDERED this 7th day of July 2006.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge